# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152183(11)

LEROY LYONS,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

SC: 152183
AGC: 2553-05

      On order of the Chief Justice, the motion of plaintiff to extend the time to file his reply brief is GRANTED. The reply brief submitted on November 16, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015

